JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE M. MONTALVO, JR.,<br><br>        Petitioner,<br><br>    v.<br><br>DOMINGO URIBE, JR., WARDEN,<br><br>        Respondent. | CASE NO. ED CV 10-221-CJC (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>January 26, 2012</u>.

                                        CORMAC J. CARNEY
                                        UNITED STATES DISTRICT JUDGE